JAN T. AUNE (SBN 236604)
jaune@aunelaw.com
THE LAW OFFICE OF JAN T. AUNE
2600 W. Olive Ave., Ste. 500
Burbank, CA 91505
Tel.: (818) 333-5364
Fax: (626) 226-5677

Attorney for Plaintiff,
ANDREW TURNQUIST

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TURNQUIST, an individual<br><br>*Plaintiff,*<br><br>v.<br><br>LUMBREE TRIBE ENTERPRISES, LLC, a North Carolina limited liability company; LUMBEE TRIBE HOLDINGS, INC., a North California corporation and DOES 1 through 10, inclusive;<br><br>*Defendants.* | Case No. 25-cv-01885-JLS-JLB<br><br>ASSIGNED TO THE HON. JUDGE JANIS L. SAMMARTINO<br><br>**PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE OF SUMMONS FOR SERVICE ON LUMBEE TRIBE HOLDINGS, INC.**<br><br>Complaint filed: July 25, 2025<br>FAC filed: August 13, 2025<br><br>Trial Date: None set. |

///
///
///

NOTICE OF FILING PROOF OF SERVICE OF SUMMONS FOR SERVICE ON LTH, INC.

1

**TO THIS HONORABLE COURT AND DEFENDANTS LUMBREE TRIBE ENTERPRISES, LLC, AND LUMBEE TRIBE HOLDINGS, INC., AND THEIR ATTORNEYS OF RECORD:**

Attached is a true and correct copy of the Proof of Service provided by One Legal for service on defendant Lumbee Tribe Holdings, Inc. for the following documents: (1) Summons in Civil Action; (2) Complaint for Damages; and (3) Civil Cover Sheet.

DATE: August 14, 2025                    THE LAW OFFICE OF JAN T. AUNE

BY: _/s/ Jan T. Aune_
     JAN T. AUNE
     Attorney for Plaintiff
     ANDREW TURNQUIST

The Law Office of Jan T. Aune
Jan Aune SBN 236604
2600 West Olive Avenue, Suite 500
Burbank, CA  91505


Representing: Plaintiff


UNITED STATES DISTRICT COURT
Southern District of California - District - San Diego

| | | |
|---|---|---|
| Andrew Turnquist | ) | Case No. 25-cv-01885JLS-JLB |
| **Plaintiff/Petitioner** | ) | |
| | ) | Proof of Service of: |
| vs. | ) | Complaint, Summons, Civil Cover Sheet |
| | ) | |
| Lumbee Tribe Enterprises, LLC, et al. | ) | Service on: |
| **Defendant/Respondent** | ) | LUMBEE TRIBE HOLDINGS, INC., a North California corporation |
| | ) | |
| | ) | |

PROOF OF SERVICE

Order # 26031010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>The Law Office of Jan T. Aune<br>Jan Aune SBN 236604<br>2600 West Olive Avenue Suite 500<br>Burbank, CA 91505<br>TELEPHONE NO:                    FAX NO (Optional):<br>E-MAIL ADDRESS (Optional):  jaune@aunelaw.com<br>ATTORNEY FOR (Name):  Plaintiff | FOR COURT USE ONLY |
|---|---|
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA  92101-8900 | |
| PLAINTIFF / PETITIONER:   Andrew Turnquist<br>DEFENDANT / RESPONDENT:   Lumbee Tribe Enterprises, LLC, et al. | CASE NUMBER:<br>25-cv-01885JLS-JLB |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>13900765 (26031010) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons, Civil Cover Sheet

2. Party Served:          LUMBEE TRIBE HOLDINGS, INC., a North California corporation

3. Person Served:         Heather Nakai

4. Left With:             Channing Jones - Manager/Supervisor

5. Date & Time of Delivery:   August 12, 2025 at 2:50 pm EDT

6. Address, City and State:   60 Union Chapel Rd Pembroke, NC, 28372

7. Manner of Service:     **SUBSTITUTION SERVICE:** By leaving the copies with or in the presence of Channing Jones , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $140

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Not a Registered California process server.
Rhonda Dial

_Rhonda Dial_
Rhonda Dial

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

Date: August 13, 2025

MC-031

| PLAINTIFF / PETITIONER: Andrew Turnquist | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Lumbee Tribe Enterprises, LLC, et al. | 25-cv-01885JLS-JLB |

## DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: LUMBEE TRIBE HOLDINGS, INC., a North California corporation

1) Successful Attempt: Aug 12, 2025, 2:50 pm EDT at Business: 60 Union Chapel Rd, Pembroke, NC 28372 received by Channing Jones . Age: 57; Ethnicity: Native American; Gender: Male; Weight: 180; Height: 5'7"; Hair: Brown; Eyes: Other; Relationship: Manager/Supervisor ;

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 13, 2025
Rhonda Dial          *Rhonda Dial*
                  (TYPE OR PRINT NAME)

*Rhonda Dial*
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent    ☒ Other *(Specify)*: Process Server

MC-031

| PLAINTIFF / PETITIONER: Andrew Turnquist | CASE NUMBER: |
| DEFENDANT / RESPONDENT: Lumbee Tribe Enterprises, LLC, et al. | 25-cv-01885JLS-JLB |

# DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA 94954.

On 8/13/2025, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Summons, Civil Cover Sheet

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

LUMBEE TRIBE HOLDINGS, INC., a North California corporation
Heather Nakai - Person Authorized to Accept Service of Process
60 Union Chapel Rd
Pembroke, NC 28372.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: 8/13/2025
Melissa Berry
_____
(TYPE OR PRINT NAME)

*/MBerry/* (signature)
_____
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* InfoTrack US, Inc.

---

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1