JAN T. AUNE (SBN 236604)
jaune@aunelaw.com
**THE LAW OFFICE OF JAN T. AUNE**
2600 W. Olive Ave., Ste. 500
Burbank, CA 91505
Tel.: (818) 333-5364
Fax: (626) 226-5677

Attorney for Plaintiff,
ANDREW TURNQUIST

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TURNQUIST, an individual<br><br>*Plaintiff,*<br><br>v.<br><br>LUMBREE TRIBE ENTERPRISES, LLC, a North Carolina limited liability company; LUMBEE TRIBE HOLDINGS, INC., a North California corporation and DOES 1 through 10, inclusive;<br><br>*Defendants.* | Case No. 25-cv-01885-JLS-JLB<br><br>ASSIGNED TO THE HON. JUDGE JANIS L. SAMMARTINO<br><br>**NOTICE OF FILING PROOF OF SERVICE FOR SERVICE OF FIRST AMENDED COMPLAINT ON DEFENDANTS LUMBEE TRIBE ENTERPRISES, LLC, AND LUMBEE TRIBE HOLDINGS, INC.**<br><br>Trial Date: None set. |

///
///
///

NOTICE OF FILING PROOF OF SERVICE FOR SERVICE OF FIRST AMENDED COMPLAINT
1

**TO THIS HONORABLE COURT AND DEFENDANTS LUMBREE TRIBE ENTERPRISES, LLC, AND LUMBEE TRIBE HOLDINGS, INC., AND THEIR ATTORNEYS OF RECORD:**

Attached as Exhibit A is a true and correct copy of the Proof of Service provided by One Legal for personal service of the First Amended Complaint on defendant Lumbee Tribe Enterprises, LLC.

Attached as Exhibit B is a true and correct copy of the Proof of Service provided by One Legal for personal service of the First Amended Complaint on defendant Lumbee Tribe Holdings, Inc.

Please note that both Proofs of Service should have in the "Insert name of court, juridical district or branch court, if any" section: United States District Court for the Southern District of California, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101.

DATE: September 3, 2025          THE LAW OFFICE OF JAN T. AUNE

                                 BY: /s/ Jan T. Aune
                                     JAN T. AUNE
                                     Attorney for Plaintiff
                                     ANDREW TURNQUIST

NOTICE OF FILING PROOF OF SERVICE FOR SERVICE OF FIRST AMENDED COMPLAINT
2