# EXHIBIT A

The Law Office of Jan T. Aune
Jan Aune SBN 236604
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
(818)238-7483


Representing: Plaintiff


UNITED STATES DISTRICT COURT
Southern District of California - Bankruptcy - San Diego

| | |
|---|---|
| Andrew Turnquist )<br>**Plaintiff/Petitioner** )<br> )<br>vs. )<br> )<br>Lumbee Tribe Enterprises, LLC, et al. )<br>**Defendant/Respondent** )<br> )<br> ) | Case No. 25-cv-01885JLS-JLB<br><br>Proof of Service of:<br>First Amended Complaint<br><br>Service on:<br>Lumbee Tribe Enterprises, LLC, a North Carolina limited liability company |

PROOF OF SERVICE

Order # 26162700

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>The Law Office of Jan T. Aune<br>Jan Aune SBN 236604<br>2600 West Olive Avenue Suite 500<br>Burbank, CA 91505<br>　　　　　TELEPHONE NO: (818)238-7483　　FAX NO *(Optional)*:<br>　　E-MAIL ADDRESS *(Optional)*: jaune@aunelaw.com<br>　　ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Southern District of California - Bankruptcy - San Diego<br>325 W. F Street<br>San Diego, CA 92101-6989 | |
| PLAINTIFF / PETITIONER: Andrew Turnquist<br>DEFENDANT / RESPONDENT: Lumbee Tribe Enterprises, LLC, et al. | CASE NUMBER:<br>25-cv-01885JLS-JLB |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>14020222 (26162700) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
First Amended Complaint

2. Party Served:　　　　　　　Lumbee Tribe Enterprises, LLC, a North Carolina limited liability company

3. Person Served:　　　　　　Heather Nakai

4. Date & Time of Delivery:　September 2, 2025 at 11:22 am EDT

5. Address, City and State:　60 Union Chapel Rd Pembroke, NC, 28372

6. Manner of Service:　　　　Personal Service - By personally delivering copies.

Fee for service: $115

Not a Registered California process server.
Rhonda Dial

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA 94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Rhonda Dial*
Rhonda Dial

Date: September 2, 2025