# EXHIBIT B

The Law Office of Jan T. Aune
Jan Aune SBN 236604
2600 West Olive Avenue, Suite 500
Burbank, CA  91505
(818)238-7483


Representing: Plaintiff


UNITED STATES DISTRICT COURT

Southern District of California - Bankruptcy - San Diego


| | | |
|---|---|---|
| Andrew Turnquist<br>**Plaintiff/Petitioner** | ) <br> ) <br> ) | Case No. 3:25-cv-01885JLS-JLB |
| vs. | ) <br> ) <br> ) | Proof of Service of:<br>First Amended Complaint |
| Lumbee Tribe Enterprises, LLC, et al.<br>**Defendant/Respondent** | ) <br> ) <br> ) <br> ) <br> ) | Service on:<br>LUMBEE TRIBE HOLDINGS, INC., a North California corporation |


PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| The Law Office of Jan T. Aune<br>Jan Aune SBN 236604<br>2600 West Olive Avenue Suite 500<br>Burbank, CA 91505<br>　　TELEPHONE NO:　(818)238-7483　　FAX NO *(Optional)*:<br>　E-MAIL ADDRESS *(Optional)*:　jaune@aunelaw.com<br>　ATTORNEY FOR *(Name)*:　Plaintiff | |
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Southern District of California - Bankruptcy - San Diego<br>325 W. F Street<br>San Diego, CA  92101-6989 | |
| PLAINTIFF / PETITIONER:　Andrew Turnquist<br>DEFENDANT / RESPONDENT:　Lumbee Tribe Enterprises, LLC, et al. | CASE NUMBER:<br>3:25-cv-01885JLS-JLB |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>14020223 (26162701) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
First Amended Complaint

2. Party Served:　　　　　　　LUMBEE TRIBE HOLDINGS, INC., a North California corporation

3. Person Served:　　　　　　Heather Nakai

4. Date & Time of Delivery:　　September 2, 2025 at 11:22 am EDT

5. Address, City and State:　　60 Union Chapel Rd Pembroke, NC, 28372

6. Manner of Service:　　　　　Personal Service - By personally delivering copies.

Fee for service: $115

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Not a Registered California process server.
Rhonda Dial

*Rhonda Dial*

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

Date: September 2, 2025

---

**PROOF OF SERVICE**