Lara P. Besser (SBN 282289)
Claudia Kozlowska (SBN 334487)
JACKSON LEWIS P.C.
225 Broadway, Suite 1800
San Diego, California  92101
Telephone:  (619) 573-4900
Facsimile:   (619) 573-4901
Lara.Besser@jacksonlewis.com
Claudia.Kozlowska@jacksonlewis.com

Attorneys for Defendants
LUMBEE TRIBE ENTERPRISES, LLC
and LUMBEE TRIBE HOLDINGGS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TURNQUIST, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUMBEE TRIBE ENTERPRISES, LLC, a North Carolina limited liability company; LUMBEE TRIBE HOLDINGS, INC., a North California corporation and DOES 1 through 10, inclusive;<br><br>　　　　　Defendants. | Case No.:  3:25-CV-01885-JLS-JLB<br><br>**JOINT MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES BY 30 DAYS (L.R. 12.1, 7.2)**<br><br>Complaint filed:  April 3, 2024<br>Trial Date:       Not Assigned |

Plaintiff Andrew Turnquist ("Plaintiff") and Defendant Lumbee Tribe Enterprises, LLC and Lumbee Tribe Holdings, Inc. ("Defendant") (collectively, the "Parties"), through their undersigned counsel, hereby respectfully submit the following stipulation to extend the time to respond to the initial complaint by 14 days pursuant to Civil Local Rule 12.1 and 7.2:

/ / /

WHEREAS, Plaintiff filed his initial Complaint in the above-entitled action on July 25, 2025 in the United States District Court Southern District of California.

WHEREAS, Plaintiff filed his First Amended Complaint ("FAC") in the above-entitled action on August 13, 2025 in the United States District Court Southern District of California.

WHEREAS, Defendant's response to Plaintiff's FAC is currently due September 12, 2025.

WHEREAS, Defendant needs more time to respond to Plaintiff's FAC consisting of about 87 factual allegations.

WHEREAS, under Civil Local Rule 12.1, a court order to extend the time within which to respond to a complaint is required;

WHEREAS, under Civil Local Rule 7.2, the Parties may file a joint motion to extend the time to respond to a complaint;

WHEREAS, good cause exists to extend Defendant's time to answer the FAC to allow time necessary to respond to each and every allegation in Plaintiff's FAC;

WHEREAS, the Parties agree to extend the time for Defendant to respond to the Complaint by 14 days to September 26, 2025.

WHEREAS, the Parties have not stipulated or moved for any previous extension of the deadline to respond to the FAC.

NOW, THEREFORE, pursuant to Civil Local Rule Civil Local Rule 12.1 and 7.2, the Parties hereby stipulate and agree that Palma's deadline to respond to the FAC shall be October 13, 2025.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: September 9, 2025 | JACKSON LEWIS P.C. |
| | By: *s/ Claudia Kozlowska* <br> Lara P. Besser <br> Claudia Kozlowska |
| | Attorneys for Defendants <br> LUMBEE TRIBE ENTERPRISES, LLC <br> and LUMBEE TRIBE HOLDINGGS, INC. |
| DATED: September 9, 2025 | THE LAW OFFICE OF JAN T. AUNE |
| | By: *s/ Jan T. Aune* <br> Jan T. Aune |
| | Attorney for Plaintiff <br> ANDREW TURNQUIST |

## **ATTESTATION**

Pursuant to Section 2.f.4 of the Southern District of California Electronic Case Filing Administrative Policies and Procedures, I certify that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content and have authorized me to affix their electronic signature on this document.

| | |
|---|---|
| DATED: September 9, 2025 | JACKSON LEWIS P.C. |
| | By: *s/ Claudia Kozlowska* <br> Lara P. Besser <br> Claudia Kozlowska |
| | Attorneys for Defendants <br> LUMBEE TRIBE ENTERPRISES, LLC <br> and LUMBEE TRIBE HOLDINGGS, INC. |