UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TURNQUIST, an individual,<br><br>                                    Plaintiff,<br><br>v.<br><br>LUMBEE TRIBE ENTERPRISES, LLC, a North Carolina limited liability company; LUMBEE TRIBE HOLDINGS, INC., a North California corporation and DOES 1 through 10, inclusive,<br><br>                                    Defendants. | Case No.: 25-CV-1885 JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(ECF No. 7) |

Presently before the Court is the Parties' Joint Motion to Extend Defendants' Time to Respond to Plaintiff's First Amended Complaint for Damages by 30 Days (L.R. 12.1, 7.2) ("Joint Mot.," ECF No. 7).  The Parties request an extension for Defendants Lumbee Tribe Enterprises, LLC and Lumbee Tribe Holdings, Inc. to respond to Plaintiff Andrew Turnquist's First Amended Complaint ("FAC," ECF No. 4) to allow Defendants "more time to respond to Plaintiff's FAC consisting of about 87 factual allegations." Joint Mot. at 2.

The Joint Motion makes competing requests for extensions to both September 26, 2025, and October 13, 2025.  *Id.*  Additionally, the Joint Motion's title provides for a *thirty*

*(30) day* extension, but the Joint Motion itself provides for a *fourteen (14) day* extension. *Id.* at 1–2. The Joint Motion also refers to "Palma's"—rather than Lumbee Tribe Enterprises, LLC's and Lumbee Tribe Holdings, Inc.'s—deadline to respond to the FAC. *Id.* at 2 ("[T]he Parties hereby stipulate and agree that *Palma's* deadline to respond to the FAC shall be October 13, 2025.") (emphasis added). The Court presumes the Parties intended for an extension to September 26, 2025. *See* Joint Mot. at 2 ("WHEREAS, the Parties agree to extend the time for Defendant to respond to the Complaint by 14 days to September 26, 2025.").

      Accordingly, good cause appearing, the Court **GRANTS** the Joint Motion (ECF No. 7). Defendants **SHALL FILE** a response to the FAC <u>on or before September 26, 2025</u>.

      **IT IS SO ORDERED.**

Dated: September 12, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge