JAN T. AUNE (SBN 236604)
jaune@aunelaw.com
**THE LAW OFFICE OF JAN T. AUNE**
2600 W. Olive Ave., Ste. 500
Burbank, CA 91505
Tel.:  (818) 333-5364
Fax:   (626) 226-5677

Attorney for Plaintiff,
ANDREW TURNQUIST

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TURNQUIST, an individual<br><br>*Plaintiff*,<br><br>v.<br><br>LUMBREE TRIBE ENTERPRISES, LLC, a North Carolina limited liability company; LUMBEE TRIBE HOLDINGS, INC., a North California corporation and DOES 1 through 10, inclusive;<br><br>*Defendants*. | Case No. 25-cv-01885-JLS-JLB<br><br>ASSIGNED TO THE HON. JUDGE JANIS L. SAMMARTINO<br><br>**PLAINTIFF'S NOTICE OF ERRATA FOR PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint filed: July 25, 2025<br>FAC filed: August 13, 2025<br><br>Trial Date: None set. |

///

///

///

NOTICE OF ERRATA FOR FIRST AMENDED COMPLAINT

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Andrew Turnquist ("Plaintiff") hereby submits this errata to his First Amended Complaint ("FAC"), which was filed on August 13, 2025, at Docket No. 4, to correct in inadvertent error where "Trial" was entered in the FAC rather than Tribe.

At page one, in the section entitled "PRELINARY STATEMENT", the FAC states at line 25 "Lumbee Trial Enterprises, LLC (LTE) ("LTE") when it should have stated Lumbee Tribe Enterprises, LLC ("LTE").

At page two, in the section entitled "NATURE OF ACTION", in paragraph one, the FAC again states "Lumbee Trial Enterprises, LLC (LTE) ("LTE") when it should have stated Lumbee Tribe Enterprises, LLC ("LTE").

This change is consistent with the caption page naming as a defendant Lumbee Tribe Enterprises, LLC.

DATE: September 29, 2025         THE LAW OFFICE OF JAN T. AUNE

                                                    BY: s/ Jan T. Aune
                                                         JAN T. AUNE
                                                         Attorney for Plaintiff
                                                         ANDREW TURNQUIST
                                                         Email: jaune@aunelaw.com