AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TURNQUIST<br>*Plaintiff*<br>v.<br>LUMBEE TRIBE ENTERPRISES, LLC, et al.<br>*Defendant* | )<br>)<br>) Case No. 3:25-CV-01885-JLS-JLB<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LUMBEE TRIBE ENTERPRISES, LLC and LUMBEE TRIBE HOLDINGS, INC.

Date: 10.14.2025

/s/Lara P. Besser
*Attorney's signature*

Lara P. Besser (SBN 282289)
*Printed name and bar number*

Jackson Lewis, P.C.
225 Broadway, Suite 1800
San Diego, California  92101
*Address*

Lara.Besser@jacksonlewis.com
*E-mail address*

(619) 573 4929
*Telephone number*

(619) 573-4901
*FAX number*