# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| <u>Case Name:</u> | **Turnquist v. Lumbee Tribe Enterprises, LLC, et al.** | <u>Case No.:</u> | 25-cv-01885-JLS-JLB |

On December 1, 2025, the Court held an Early Neutral Evaluation Conference. The case settled. (ECF No. 18.) Accordingly, **IT IS HEREBY ORDERED**:

1. A Joint Motion for Dismissal shall be electronically filed on or before **January 28, 2026**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Janis L. Sammartino, shall be e-mailed to the chambers of the Honorable Janis L. Sammartino.[2]

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **January 28, 2026**, then a telephonic, counsel-only Settlement Disposition Conference shall be held on **January 30, 2026**, at **1:45 PM** before Magistrate Judge Jill L. Burkhardt. For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (619) 657-0677 and use conference identification number 706 296 258.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **January 28, 2026**, the Settlement Disposition Conference shall be vacated.

Date: December 2, 2025                                                                 Initials: lc2
                                                              Chambers of the Hon. Jill L. Burkhardt

---

[1]   *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2]   *See id.* § 2(h), for Chambers' official e-mail address and procedures on e-mailing proposed orders.