JAN T. AUNE (SBN 236604)
jaune@aunelaw.com
**THE LAW OFFICE OF JAN T. AUNE**
2600 W. Olive Ave., Ste. 500
Burbank, CA 91505
Tel.:  (818) 333-5364
Fax:  (626) 226-5677

Attorney for Plaintiff,
ANDREW TURNQUIST

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TURNQUIST, an individual<br><br>*Plaintiff,*<br><br>v.<br><br>LUMBREE TRIBE ENTERPRISES, LLC, a North Carolina limited liability company; LUMBEE TRIBE HOLDINGS, INC., a North California corporation and DOES 1 through 10, inclusive;<br><br>*Defendants.* | Case No. 25-cv-01885-JLS-JLB<br><br>ASSIGNED TO THE HON. JUDGE JANIS L. SAMMARTINO<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>District Judge: Janis L. Sammartino<br>Magistrate Judge: Jill L. Burkhardt<br>Complaint Filed: July 25, 2025<br>FAC Filed:           August 13, 2025<br>Trial Date:           None set. |

///

///

///

PLAINTIFF'S NOTICE OF SETTLEMENT

1

**TO DEFENDANTS AND ITS COUNSEL OF RECORD:**

Plaintiff ANDREW TURNQUIST ("Plaintiff") by and through his counsel of record, in accordance with the Honorable Jill L. Burkhardt U.S. Magistrate Judge's Civil Chambers Rules, Section VIII. A., Notice of Settlement, hereby notifies the Court that the parties have reached a settlement in the above-entitled matter.

DATE: December 4, 2025                THE LAW OFFICE OF JAN T. AUNE

                                      BY: /s Jan T. Aune
                                          JAN T. AUNE
                                          Attorney for Plaintiff
                                          ANDREW TURNQUIST

# PROOF OF SERVICE
## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
## UNITED STATES OF AMERICA

I certify and declare that I am over 18 years of age, employed in the County of Los Angeles, State of California, and not a party to the within action. My business address is 2600 W. Olive Ave., Ste. 500, Burbank, CA 91505.

On December 4, 2025, I served the following documents described as:

**PLAINTIFF'S NOTICE OF SETTLEMENT**

on the interested parties in this action by placing a true and correct copy (ies) thereof enclosed in sealed envelope(s) as follows:

\_\_\_\_**BY MAIL** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid.

\_\_\_\_**BY MAIL** I caused such envelope to be deposited in the mail at Burbank, California. The envelope(s) were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing as shown in the declaration.

**X** **BY EMAIL** I transmitted the document listed above via e-mail to the person(s) at the following email address(es): lara.besser@jacksonlewis.com Claudia.kozlowsa@jacksonlewis; stefano.ramirez@jacksonlewis; stephanie.klinko@jacksonlewis

\_\_\_\_ **(BY OVERNIGHT COURIER)** I caused such envelope to be sent by United States Poster Service Next Day Air at Burbank, California.

\_\_\_\_ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the

PROOF OF SERVICE
2

office of the addressee.

_____ **(VIA FACSIMILE)** I caused such document(s) be transmitted by via facsimile to the above-named then confirmed receipt of the fax.

I hereby certify and declare under the penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 4th day of December, 2025 at Burbank, California.

/s Jan T. Aune
Jan T. Aune